UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-428-RJC-DSC

| | |
|---|---|
| JOSE ROGERIO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   **ORDER** |
| | ) |
| CENTURY CONTRACTING, INC., | ) |
| | ) |
|     Defendant. | ) |

**THIS MATTER** comes before the Court on the Parties' Joint Motion for Approval of Settlement Agreement, (Doc. No. 8), filed on November 25, 2014.

The Court has carefully reviewed the settlement terms and concludes that the proposed settlement is fair and equitable and should be approved. Therefore, for good cause shown, and noting the consent of both parties, the Court hereby GRANTS the Motion and dismisses this case with prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. The Joint Motion for Approval of Settlement Agreement, (Doc. No. 8), is **GRANTED**;

2. The settlement reached by the Parties is **APPROVED**.

3. Plaintiff's claims are dismissed with prejudice.

The Clerk of Court is directed to close this case.

Signed: December 22, 2014

_____
Robert J. Conrad, Jr.
United States District Judge